IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  GREG EDWARD DONOVAN | CHAPTER 7 |
| Debtor | No. 21 13406 mdc |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362

AND NOW, this 7th day of September 2022, upon consideration of the Motion of Centric Bank, seeking relief from the automatic stay pursuant to 11 U.S.C. § 362 (the "Motion"), and after notice and hearing thereon and appearing that due cause exists for the relief requested; it is

ORDERED, that the automatic stay provisions of 11 U.S.C. § 362 are hereby unconditionally terminated with respect to Centric Bank; and it is further

ORDERED, that Centric Bank shall be entitled to enforce its state court rights and remedies against the real property known as and located at 1421 Ardleigh Circle, West Chester, PA 19380, and to subsequently list and sell the real property known as and located at 1421 Ardleigh Circle, West Chester, PA 19380, at sheriff's sale, and it is further

ORDERED, that this Order shall survive a dismissal or termination of the within bankruptcy case and shall be binding upon the Debtor and the Trustee appointed herein.

BY THE COURT:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
CHIEF U.S. BAKRUPTCY JUDGE